# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Noha Rammal,

    Plaintiffs,

vs.

Yolanda M. Vera, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

3:11-cv-189-MOC

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 23, 2011 Order.

Signed: September 23, 2011

Frank G. Johns, Clerk
United States District Court